1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   ANDREW D. SANDERS,                          )
                                                )
8                    Plaintiff,                  )
                                                )
9            v.                                  )          2:15-cv-128-RFB-NJK
                                                )
10   STATE OF NEVADA et al.,                     )          **ORDER**
                                                )
11                   Defendants.                 )
                                                )
12   _____    )

13   **I.     DISCUSSION**

14          This is a *pro se* civil rights case filed by an inmate who was in the custody of the Clark

15   County Detention Center ("CCDC") at the time he initiated this case.  However, based on the

16   CCDC website, it appears that Plaintiff is no longer in the custody of the CCDC.  Plaintiff has

17   not filed an updated address with this Court.

18          The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall

19   immediately file with the Court written notification of any change of address. The notification

20   must include proof of service upon each opposing party or the party's attorney. Failure to

21   comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special

22   R. 2-2.  This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his

23   updated address with this Court. If Plaintiff does not update the Court with his current address

24   within thirty (30) days from the date of entry of this order, the Court will dismiss this action

25   without prejudice.

26   . . . .

27   . . . .

28   . . . .

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file an updated address with this Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall recommend dismissal of this action without prejudice.

DATED: This 26th day of May, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge